IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01571-MSK-BNB

ESTATE OF EMILY RICE, By SUSAN GARBER and ROY RICE as Co-Personal Representatives,
SUSAN GARBER, as parent and Co-Personal Representative of the Estate of Emily Rice, and
ROY RICE, as parent and Co-Personal Representative of The Estate of Emily Rice,

       Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO,
DENVER DEPARTMENT OF HEALTH AND HOSPITALS, D/B/A "DENVER HEALTH MEDICAL CENTER AND "DENVER HEALTH",
JASON HAUKOOS, M.D., in his individual and official capacities,
LISA CHENG, M.D., in her individual and official capacities,
ROBERT KELLY COSTIN, R.N., in his individual and official capacities,
MARIA BOUZAINE, R.N., in her individual and official capacities,
MARY CLEARY, R.N., in her individual and official capacities,
YVETTE DUBOIS, R.N., in her individual and official capacities,
MARIA/YVETTE GASTON, R.N., in her individual and official capacities,
NANCY ZIMMER, R.N., in her individual and official capacities,
CAPTAIN JACOB KOPYLOV, in his individual and official capacities,
CAPTAIN JOHN RIORDON, in his individual and official capacities,
SERGEANT LOREN COLLIER, in her individual and official capacities,
SERGEANT HANS RASTEDE, in his individual and official capacities,
SERGEANT RICHARD ROBINSON, in his individual and official capacities,
SERGEANT KAROLINA SICH, in her individual and official capacities,
SERGEANT ANTHONY SULLIVAN, in his individual and official capacities,
DEPUTY KERRY ADCOCK, in her individual and official capacities,
DEPUTY JULIANNA BARRON, in her individual and official capacities,
DEPUTY SARAH BRIGHT, in her individual and official capacities,
DEPUTY [FIRST NAME UNKNOWN] CELENI, in his individual and official capacities,
DEPUTY LAKISHA FORREST, in her individual and official capacities,
DEPUTY FAUN GOMEZ, in her individual and official capacities,
DEPUTY SHERMAINE GUZMAN, in her individual and official capacities,
DEPUTY AMANDA LINE, in her individual and official capacities,
DEPUTY JULIE KIRKBRIDE, in her individual and official capacities,
DEPUTY TROY MOTLEY, in his individual and official capacities,
DEPUTY MICHELLE PADILLA, in her individual and official capacities,
DEPUTY JESSICA WANROW, in her individual and official capacities, and

JOHN AND JANE DOES 1 THROUGH 20, DENVER CITY AND COUNTY SHERIFF'S DEPUTIES AND MEDICAL PERSONNEL, in their official and individual capacities.

        Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

IT IS ORDERED that, as to any exhibits and depositions to be used during this case, counsel for the parties shall obtain such exhibits and depositions from the Court within 30 days after any judgment is entered or closure of the case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. Failure to retrieve exhibits and depositions in conformance with this Order may result in their destruction.

Dated this 31st day of July, 2007.

        **BY THE COURT:**

        *Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge