IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01571-MSK-BNB

ESTATE OF EMILY RICE, by SUSAN GARBER and ROY RICE as co-personal representatives,
SUSAN GARBER, as parent and co-personal representative of the Estate of Emily Rice, and
ROY RICE, as parent and co-personal representative of the Estate of Emily Rice,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO,
DENVER DEPARTMENT OF HEALTH AND HOSPITALS, d/b/a "DENVER HEALTH MEDICAL CENTER" AND "DENVER Health",
JASON HAUKOOS, M.D., in his individual and official capacities,
LISA CHENG, M.D., in her individual and official capacities,
ROBERT KELLY COSTIN, R.N., in her individual and official capacities,
MARIA BOUZAINE, R.N., in her individual and official capacities,
MARY CLEARY, R.N., in her individual and official capacities,
YVETTE DUBOIS, R.N., in her individual and official capacities,
MARIA/YVETTE GASTON, R.N., in her individual and official capacities,
NANCY ZIMMER, R.N., in her individual and official capacities,
CAPTAIN JACOB KOPYLOV, in his individual and official capacities,
CAPTAIN JOHN RIORDON, in his individual and official capacities,
SERGEANT LOREN COLLIER, in his individual and official capacities,
SERGEANT HANS RASTEDE, in his individual and official capacities,
SERGEANT RICHARD ROBINSON, in his individual and official capacities,
SERGEANT KAROLINA SICH, in her individual and official capacities,
SERGEANT ANTHONY SULLIVAN, in his individual and official capacities,
DEPUTY KERRY ADCOCK, in her individual and official capacities,
DEPUTY JULIANNA BARRON, in her individual and official capacities,
DEPUTY SARAH BRIGHT, in her individual and official capacities,
DEPUTY [FIRST NAME UNKNOWN] CELENI, in his individual and official capacities,
DEPUTY LAKISHA FORREST, in her individual and official capacities,
DEPUTY FAUN GOMEZ, in her individual and official capacities,
DEPUTY SHERMAINE GUZMAN, in her individual and official capacities,
DEPUTY AMANDA LINE, in her individual and official capacities,
DEPUTY JULIE KIRKBRIDE, in her individual and official capacities,
DEPUTY TROY MOTLEY, in his individual and official capacities,
DEPUTY MICHELLE PADILLA, in her individual and official capacities,
DEPUTY JESSICA WANROW, in her individual and official capacities,
JOHN AND JANE DOES 1 THROUGH 20, DENVER CITY AND COUNTY SHERIFFS


...


DEPUTIES AND MEDICAL PERSONNEL, IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES,

Defendants.

## MINUTE ORDER

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend Caption** [docket no. 64, filed September 24, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.  On all further captions, all filings are to have the following changes:

Lakisha Forrest should now be changed to Lakisha **Minter**
Michelle Padilla should now be changed to Michelle **Salemi**
Kerry Adcock should now be changed to **Keri** Adcock
Julianna Barron should now be changed to **Juliana** Barron
Richard Robinson should now be Richard **Roberson**
Nancy Zimmer should now be **Nancye** Zimmer
Maria Bouzaine should now be Maria **Bouziane**
Deputy [First Name Unknown] Celeni is to be removed as a defendant
Maria/Yvette Gaston is to be removed as a defendant

DATED:  September 26, 2007