# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01571-MSK-BNB

ESTATE OF EMILY RICE, By SUSAN GARBER and ROY RICE as Co-Personal Representatives;
SUSAN GARBER, as parent and Co-Personal Representative of the Estate of Emily Rice;
ROY RICE, as parent and Co-Personal Representative of the Estate of Emily Rice,

     Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO;
DENVER DEPARTMENT OF HEALTH AND HOSPITALS, D/B/A "DENVER HEALTH MEDICAL CENTER" AND "DENVER HEALTH";
JASON HAUKOOS, M.D., in his individual and official capacities;
LISA CHENG, M.D., in her individual and official capacities;
ROBERT KELLY COSTIN, R.N., in his individual and official capacities;
MARIA BOUZIANE, R.N., in her individual and official capacities;
MARY CLEARY, R.N., in her individual and official capacities;
NANCYE ZIMMER, R.N., in her individual and official capacities;
CAPTAIN JACOB KOPYLOV, in his individual and official capacities;
CAPTAIN JOHN RIORDON, in his individual and official capacities;
SERGEANT LOREN COLLIER, in his individual and official capacities;
SERGEANT HANS RASTEDE, in his individual and official capacities;
SERGEANT RICHARD ROBERSON, in his individual and official capacities;
SERGEANT KAROLINA SICH, in her individual and official capacities;
SERGEANT ANTHONY SULLIVAN, in his individual and official capacities;
DEPUTY KERI ADCOCK, in her individual and official capacities;
DEPUTY JULIANA BARRON, in her individual and official capacities;
DEPUTY SARAH BRIGHT, in her individual and official capacities;
DEPUTY LAKISHA MINTER, in her individual and official capacities;
DEPUTY FAUN GOMEZ, in her individual and official capacities;
DEPUTY SHERMAINE GUZMAN, in her individual and official capacities;
DEPUTY AMANDA LINE, in her individual and official capacities;
DEPUTY JULIE KIRKBRIDE, in her individual and official capacities;
DEPUTY MICHELLE SALEMI, in her individual and official capacities;
DEPUTY JESSICA WANROW, in her individual and official capacities; and
JOHN AND JANE DOES 1 THROUGH 20, DENVER CITY AND COUNTY SHERIFF'S DEPUTIES AND MEDICAL PERSONNEL, in their official and individual capacities.

Defendants.

## ORDER

UPON Plaintiffs' <u>Unopposed</u> Motion to permit further discovery Pursuant to Federal Rule of Civil Procedure 56(f), the Court, being fully advised in the premises and for good cause shown, hereby:

GRANTS Plaintiffs' Motion. Plaintiffs' Response to Defendant Denver Health's Motion for Summary Judgment on Plaintiffs' claim for Failure to Train and Supervise (Document No. 57) is due on or before December 1, 2008.

DATED this 8th day of November 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge