IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01571-MSK-BNB

ESTATE OF EMILY RICE, by SUSAN GARBER and ROY RICE as co-personal representatives,
SUSAN GARBER, as parent and co-personal representative of the Estate of Emily Rice, and
ROY RICE, as parent and co-personal representative of the Estate of Emily Rice,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO,
DENVER DEPARTMENT OF HEALTH AND HOSPITALS, d/b/a "DENVER HEALTH MEDICAL CENTER" AND "DENVER Health",
JASON HAUKOOS, M.D., in his individual and official capacities,
LISA CHENG, M.D., in her individual and official capacities,
ROBERT KELLY COSTIN, R.N., in her individual and official capacities,
MARIA BOUZIANE, R.N., in her individual and official capacities,
MARY CLEARY, R.N., in her individual and official capacities,
YVETTE DUBOIS, R.N., in her individual and official capacities,
NANCYE ZIMMER, R.N., in her individual and official capacities,
CAPTAIN JACOB KOPYLOV, in his individual and official capacities,
CAPTAIN JOHN RIORDON, in his individual and official capacities,
SERGEANT LOREN COLLIER, in his individual and official capacities,
SERGEANT HANS RASTEDE, in his individual and official capacities,
SERGEANT RICHARD ROBERSON, in his individual and official capacities,
SERGEANT KAROLINA SICH, in her individual and official capacities,
SERGEANT ANTHONY SULLIVAN, in his individual and official capacities,
DEPUTY KERI ADCOCK, in her individual and official capacities,
DEPUTY JULIANA BARRON, in her individual and official capacities,
DEPUTY SARAH BRIGHT, in her individual and official capacities,
DEPUTY LAKISHA MINTER, in her individual and official capacities,
DEPUTY FAUN GOMEZ, in her individual and official capacities,
DEPUTY SHERMAINE GUZMAN, in her individual and official capacities,
DEPUTY AMANDA LINE, in her individual and official capacities,
DEPUTY JULIE KIRKBRIDE, in her individual and official capacities,
DEPUTY TROY MOTLEY, in his individual and official capacities,
DEPUTY MICHELLE SALEMI, in her individual and official capacities,
DEPUTY JESSICA WANROW, in her individual and official capacities,
JOHN AND JANE DOES 1 THROUGH 20, DENVER CITY AND COUNTY SHERIFFS

DEPUTIES AND MEDICAL PERSONNEL, IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES,

Defendants.

## ORDER

This matter is before me on **Plaintiffs' Motion to Modify Scheduling Order With Respect to Deadline for Joinder of Parties and Amendment of Pleadings** [Doc. # 125, filed 12/3/2007] (the "Motion"). The plaintiffs seek an extension of approximately one month, until January 2, 2008, to file a motion to amend the complaint and add parties. The Motion is opposed.

I will not extend the deadline to join and amend in the abstract. When, and if, the plaintiffs find it necessary to amend the complaint, they should file a motion to amend, which addresses why amendment could not in the exercise of reasonable diligence have been sought before the deadline to amend, together with a proposed amended complaint. That will allow me to determine whether good cause exists to allow the amendment beyond the deadline set in the Scheduling Order.

IT IS ORDERED that the Motion is DENIED as premature.

Dated December 6, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge