IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 07-cv-01571-MSK-BNB | Date: March 12, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| ESTATE OF EMILY RICE, | Darold Killmer |
| by SUSAN GARBER and ROY RICE as | Mari Newman |
| co-personal representatives, | Sara Rich |
| SUSAN GARBER, | |
| as parent and co-personal | |
| representative of the Estate of | |
| Emily Rice, and | |
| ROY RICE, | |
| as parent and co-personal | |
| representative of the Estate of Emily Rice, | |
| | |
| Plaintiff, | |
| | |
| v. | |
| | |
| CITY AND COUNTY OF DENVER, COLORADO, | Luis Corchado |
| | |
| DENVER DEPARTMENT OF HEALTH | Laura Revercomb |
| AND HOSPITALS, | Linda Siderius |
| d/b/a "DENVER HEALTH MEDICAL CENTER" | Troy Rackham |
| AND "DENVER Health", | |
| JASON HAUKOOS, M.D., | Felice Haas |
| in his individual and official capacities, | |
| LISA CHENG, M.D., | John Martin |
| in her individual and official capacities, | |
| ROBERT KELLY COSTIN, R.N., | C. Todd Drake |
| in her individual and official capacities, | |
| MARIA BOUZIANE, R.N., | Wendy Lewis |
| in her individual and official capacities, | |
| MARY CLEARY, R.N., | Bradley Robinson |
| in her individual and official capacities, | |
| YVETTE DUBOIS, R.N., | |
| in her individual and official capacities, | |
| NANCYE ZIMMER, R.N., | Terry Cipoletti |
| in her individual and official capacities, | |
| CAPTAIN JACOB KOPYLOV, | Luis Corchado |

| | |
|---|---|
| in his individual and official capacities,<br>CAPTAIN JOHN RIORDON,<br>in his individual and official capacities, | Luis Corchado<br>Marc Colin |
| SERGEANT LOREN COLLIER,<br>in his individual and official capacities, | Luis Corchado<br>Marc Colin |
| SERGEANT HANS RASTEDE,<br>in his individual and official capacities, | Luis Corchado |
| SERGEANT RICHARD ROBERSON,<br>in his individual and official capacities, | Luis Corchado<br>Marc Colin |
| SERGEANT KAROLINA SICH,<br>in her individual and official capacities, | Luis Corchado |
| SERGEANT ANTHONY SULLIVAN,<br>in his individual and official capacities, | Luis Corchado |
| DEPUTY KERI ADCOCK,<br>in her individual and official capacities, | Gillian Fahlsing<br>Marc Colin<br>Thomas Rice |
| DEPUTY JULIANA BARRON,<br>in her individual and official capacities, | Gillian Fahlsing<br>Thomas Rice |
| DEPUTY SARAH BRIGHT,<br>in her individual and official capacities, | Daniel Foster |
| DEPUTY LAKISHA MINTER,<br>in her individual and official capacities, | Gillian Fahlsing<br>Thomas Rice |
| DEPUTY FAUN GOMEZ,<br>in her individual and official capacities, | Gillian Fahlsing<br>Marc Colin |
| DEPUTY SHERMAINE GUZMAN,<br>in her individual and official capacities, | Gillian Fahlsing<br>Thomas Rice |
| DEPUTY AMANDA LINE,<br>in her individual and official capacities, | Gillian Fahlsing<br>Thomas Rice |
| DEPUTY JULIE KIRKBRIDE,<br>in her individual and official capacities, | Cathy Greer |
| DEPUTY MICHELLE SALEMI,<br>in her individual and official capacities, | Gillian Fahlsing<br>Thomas Rice |
| DEPUTY JESSICA WANROW,<br>in her individual and official capacities,<br>JOHN AND JANE DOES 1 THROUGH 20,<br>DENVER CITY AND COUNTY SHERIFFS DEPUTIES<br>AND MEDICAL PERSONNEL,<br>IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES, | Gillian Fahlsing<br>Thomas Rice<br>Thomas Rice |

Defendants.

---

**COURTROOM MINUTES**

# HEARING: MOTIONS

Court in Session: 10:13 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Plaintiffs' motion to file amended complaint filed February 15, 2008; Doc 187 is granted as stated on the record.**

**ORDERED: Ruling on Plaintiffs' motion pursuant to Rule 4(d)(2) for award of fees and costs in connection with service of process of defendant Sarah Bright filed February 18, 2008; Doc 188 is deferred.**

**ORDERED: Defendants' motion for clarification regarding stipulated protective order filed March 10, 2008; Doc 193 is granted as stated on the record. Defendants shall look through documents and make a redesignation of confidential or not, on or before March 26, 2008.**

The plaintiffs motion for protective order to prohibit further abusive investigative tactics by defense investigators filed March 3, 2008; Doc 204 will be taken up at a later date.

Court in Recess      11:29 a.m.      Hearing concluded.

Total time in court:   01:16

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.