IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01571-MSK-BNB

ESTATE OF EMILY RICE, by SUSAN GARBER and ROY RICE as co-personal representatives,
SUSAN GARBER, as parent and co-personal representative of the Estate of Emily Rice, and
ROY RICE, as parent and co-personal representative of the Estate of Emily Rice,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO,
DENVER DEPARTMENT OF HEALTH AND HOSPITALS, d/b/a "DENVER HEALTH MEDICAL CENTER" AND "DENVER Health",
JASON HAUKOOS, M.D., in his individual and official capacities,
LISA CHENG, M.D., in her individual and official capacities,
ROBERT KELLY COSTIN, R.N., in her individual and official capacities,
MARIA BOUZIANE, R.N., in her individual and official capacities,
MARY CLEARY, R.N., in her individual and official capacities,
YVETTE DUBOIS, R.N., in her individual and official capacities,
NANCYE ZIMMER, R.N., in her individual and official capacities,
CAPTAIN JACOB KOPYLOV, in his individual and official capacities,
CAPTAIN JOHN RIORDON, in his individual and official capacities,
SERGEANT LOREN COLLIER, in his individual and official capacities,
SERGEANT HANS RASTEDE, in his individual and official capacities,
SERGEANT RICHARD ROBERSON, in his individual and official capacities,
SERGEANT KAROLINA SICH, in her individual and official capacities,
SERGEANT ANTHONY SULLIVAN, in his individual and official capacities,
DEPUTY KERI ADCOCK, in her individual and official capacities,
DEPUTY JULIANA BARRON, in her individual and official capacities,
DEPUTY SARAH BRIGHT, in her individual and official capacities,
DEPUTY LAKISHA MINTER, in her individual and official capacities,
DEPUTY FAUN GOMEZ, in her individual and official capacities,
DEPUTY SHERMAINE GUZMAN, in her individual and official capacities,
DEPUTY AMANDA LINE, in her individual and official capacities,
DEPUTY JULIE KIRKBRIDE, in her individual and official capacities,
DEPUTY TROY MOTLEY, in his individual and official capacities,
DEPUTY MICHELLE SALEMI, in her individual and official capacities,
DEPUTY JESSICA WANROW, in her individual and official capacities,
JOHN AND JANE DOES 1 THROUGH 20, DENVER CITY AND COUNTY SHERIFFS

DEPUTIES AND MEDICAL PERSONNEL, IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES,

Defendants.
_____

# ORDER
_____

This matter is before me on the following:

(1) **Plaintiffs' Motion to File Amended Complaint** [Doc. # 187, filed 2/15/2008] (the "Motion to Amend");

(2) **Plaintiffs' Motion Pursuant to Rule 4(d)(2) for Award of Fees and Costs In Connection With Service of Process on Defendant Sarah Bright** [Doc. # 188, filed 2/18/2008] (the "Motion for Fees"); and

(3) **Motion for Clarification Regarding Stipulated Protective Order** [Doc. # 193, filed 2/19/2008] (the "Motion for Clarification").

I held a hearing on the motions on March 12, 2008, and made rulings on the record which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept the Amended Complaint and Jury Demand [Doc. # 187-2] for filing.

IT IS FURTHER ORDERED that the plaintiffs shall provide to the defendants, on or before **March 21, 2008**, a red-lined copy of the Amended Complaint and Jury Demand marking all changes. The defendants shall answer or otherwise respond to the Amended Complaint and Jury Demand within 10 days after they are provided with the red-lined copy.

IT IS FURTHER ORDERED that a ruling on the Motion for Fees is deferred pending a determination of Defendant Sarah Bright's Motion to Dismiss [Doc. # 202], which alleges insufficiency of service of process. Counsel for the plaintiff shall notify me within 10 days of any ruling on Bright's motion to dismiss of the nature of the ruling and what additional action, if any, they believe is appropriate in connection with the Motion for Fees.

IT IS FURTHER ORDERED that the Motion for Clarification is GRANTED, and the protective order is clarified as stated on the record. The parties shall review all designations of documents, materials, or information as Confidential and make any modifications which they believe are necessary in view of the clarification on or before **March 26, 2008**.

Dated March 14, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge