IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01571-MSK-BNB

ESTATE OF EMILY RICE, by SUSAN GARBER and ROY RICE as co-personal representatives,
SUSAN GARBER, as parent and co-personal representative of the Estate of Emily Rice, and
ROY RICE, as parent and co-personal representative of the Estate of Emily Rice,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO,
DENVER DEPARTMENT OF HEALTH AND HOSPITALS, d/b/a "DENVER HEALTH MEDICAL CENTER" AND "DENVER Health",
JASON HAUKOOS, M.D., in his individual and official capacities,
LISA CHENG, M.D., in her individual and official capacities,
ROBERT KELLY COSTIN, R.N., in her individual and official capacities,
MARIA BOUZIANE, R.N., in her individual and official capacities,
MARY CLEARY, R.N., in her individual and official capacities,
NANCYE ZIMMER, R.N., in her individual and official capacities,
WENDY JO ANDERSON, R.N., in her individual and official capacities,
CAPTAIN JACOB KOPYLOV, in his individual and official capacities,
CAPTAIN JOHN RIORDON, in his individual and official capacities,
SERGEANT LOREN COLLIER, in his individual and official capacities,
SERGEANT HANS RASTEDE, in his individual and official capacities,
SERGEANT RICHARD ROBERSON, in his individual and official capacities,
SERGEANT KAROLINA SICH, in her individual and official capacities,
SERGEANT ANTHONY SULLIVAN, in his individual and official capacities,
DEPUTY KERI ADCOCK, in her individual and official capacities,
DEPUTY JULIANA BARRON, in her individual and official capacities,
DEPUTY SARAH BRIGHT, in her individual and official capacities,
DEPUTY LAKISHA MINTER, in her individual and official capacities,
DEPUTY FAUN GOMEZ, in her individual and official capacities,
DEPUTY SHERMAINE GUZMAN, in her individual and official capacities,
DEPUTY AMANDA LINE, in her individual and official capacities,
DEPUTY JULIE KIRKBRIDE, in her individual and official capacities,
DEPUTY MICHELLE SALEMI, in her individual and official capacities,
DEPUTY JESSICA WANROW, in her individual and official capacities,
JOHN AND JANE DOES 1 THROUGH 20, DENVER CITY AND COUNTY SHERIFFS DEPUTIES AND MEDICAL PERSONNEL, in their official and individual capacities,

Defendants.

# MINUTE ORDER

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion of Defendant Nurse Zimmer for Confirmation of Response Date or in the Alternative for an Extension of Time to Respond to the Corrected Amended Complaint** [docket no. 265, filed March 26, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendant Nancye Zimmer, R.N. shall answer or respond to the plaintiff's Corrected Amended Complaint on or before **March 31, 2008**.

DATED: March 28, 2008