# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01571-MSK-BNB

ESTATE OF EMILY RICE, By SUSAN GARBER and ROY RICE as Co-Personal Representatives; SUSAN GARBER, as parent and Co-Personal Representative of the Estate of Emily Rice; ROY RICE, as parent and Co-Personal Representative of the Estate of Emily Rice

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO;
DENVER DEPARTMENT OF HEALTH AND HOSPITALS, d/b/a "DENVER HEALTH MEDICAL CENTER" and "DENVER HEALTH";
JASON HAUKOOS, M.D., in his individual and official capacities;
LISA CHENG, M.D., in her individual and official capacities;
ROBERT KELLY COSTIN, R.N., in his individual and official capacities;
MARIA BOUZIANE, R.N., in her individual and official capacities;
MARY CLEARY, R.N., in her individual and official capacities;
MARIA YVETTE GASTON, R.N., in her individual and official capacities;
NANCYE ZIMMER, R.N., in her individual and official capacities;
CAPTAIN JACOB KOPYLOV, in his individual and official capacities;
CAPTAIN JOHN RIORDON, in his individual and official capacities;
SERGEANT LOREN COLLIER, in his individual and official capacities;
SERGEANT HANS RASTEDE, in his individual and official capacities;
SERGEANT RICHARD ROBERSON, in his individual and official capacities;
SERGEANT KAROLINA SICH, in her individual and official capacities;
SERGEANT ANTHONY SULLIVAN, in his individual and official capacities;
DEPUTY KERI ADCOCK, in her individual and official capacities;
DEPUTY JULIANA BARRON, in her individual and official capacities;
DEPUTY SARAH BRIGHT, in her individual and official capacities;
DEPUTY LAKISHA MINTER, in her individual and official capacities;
DEPUTY FAUN GOMEZ, in her individual and official capacities;
DEPUTY SHERMAINE GUZMAN, in her individual and official capacities;
DEPUTY AMANDA LINE, in her individual and official capacities;
DEPUTY JULIE KIRKBRIDE, in her individual and official capacities;
DEPUTY TROY MOTLEY, in his individual and official capacities;
DEPUTY MICHELLE SALEMI, in her individual and official capacities;
DEPUTY JESSICA WANROW, in her individual and official capacities;
JOHN AND JANE DOES 1 THROUGH 20;
DENVER CITY AND COUNTY SHERIFF'S DEPUTIES AND MEDICAL PERSONNEL, in their individual and official capacities;

Defendants.

## ORDER RE: STIPULATION AND MOTION REGARDING THE PENDING (1) MOTION FOR FEES AND (2) DEFENDANT SARAH BRIGHT'S MOTION TO DISMISS

**THIS MATTER** is before the Court on the parties Stipulation and Motion regarding the Pending (1) Motion for Fees and (2) Defendant Sarah Bright's Motion to Dismiss. The Court having reviewed the stipulation hereby **ORDERS** as follows:

1. Defendant Sarah Bright's Motion to Dismiss has been declared moot and she agrees to submit to the jurisdiction of this court;

2. Defendant Sarah Bright has up to and including April 22, 2008, to file an Answer to the Plaintiffs' Amended Complaint (Corrected); and

3. Defendant City and County of Denver will pay $2,500 pursuant to Rule 4(d)(2) toward the costs and fees incurred to serve Sarah Bright. Plaintiffs reserve the right to seek the additional $3,116 sought in its Motion for Fees at the conclusion of this matter and to the extent permitted by law.

ORDERED this 8th date of April, 2008.

BY THE COURT:

_____
BOYD N. BOLAND
United States District Court Magistrate Judge

2