IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 07-cv-01571-MSK-BNB | Date: April 15, 2008 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| ESTATE OF EMILY RICE, | Mari Newman |
| by SUSAN GARBER and ROY RICE as | Dan Kilmer |
| co-personal representatives, | Sara Rich |
| SUSAN GARBER, | |
| as parent and co-personal | |
| representative of the Estate of | |
| Emily Rice, and | |
| ROY RICE, | |
| as parent and co-personal | |
| representative of the Estate of Emily Rice, | |

v.

| | |
|---|---|
| CITY AND COUNTY OF DENVER, COLORADO, | Christian Lind |
| (actually named as City and County of Denver, Colorado) | |
| DENVER DEPARTMENT OF HEALTH | |
| AND HOSPITALS, | Linda Siderius |
| d/b/a "DENVER HEALTH MEDICAL CENTER" | |
| AND "DENVER Health", | |
| JASON HAUKOOS, M.D., | Felice Haas |
| in his individual and official capacities, | |
| LISA CHENG, M.D., | Kathleen Shea |
| in her individual and official capacities, | |
| ROBERT KELLY COSTIN, R.N., | C. Todd Drake |
| in his individual and official capacities, | |
| MARIA BOUZIANE, R.N., | Wendy Lewis |
| in her individual and official capacities, | |
| MARY CLEARY, R.N., | Tom Kresl |
| in her individual and official capacities, | |
| NANCYE ZIMMER, R.N., | Terry Cipoletti |
| in her individual and official capacities, | |
| CAPTAIN JACOB KOPYLOV, | Christian Lind |
| in his individual and official capacities, | |
| CAPTAIN JOHN RIORDON, | Marc Colin |
| in his individual and official capacities, | Christian Lind |
| SERGEANT LOREN COLLIER, | Marc Colin |
| in his individual and official capacities, | Christian Lind |

| | |
|---|---|
| SERGEANT HANS RASTEDE, | Christian Lind |
| in his individual and official capacities, | |
| SERGEANT RICHARD ROBERSON, | Marc Colin |
| in his individual and official capacities, | Christian Lind |
| SERGEANT KAROLINA SICH, | Christian Lind |
| in her individual and official capacities, | |
| SERGEANT ANTHONY SULLIVAN, | Christian Lind |
| in his individual and official capacities, | |
| DEPUTY KERI ADCOCK, | Thomas Rice |
| in her individual and official capacities, | Marc Collin |
| DEPUTY JULIANA BARRON, | Cathy Greer |
| in her individual and official capacities, | |
| DEPUTY SARAH BRIGHT, | Thomas Rice |
| in her individual and official capacities, | Gillian Fahlsing |
| DEPUTY LAKISHA MINTER, | Thomas Rice |
| in her individual and official capacities, | Gillian Fahlsing |
| DEPUTY FAUN GOMEZ, | Marc Collin |
| in her individual and official capacities, | |
| DEPUTY SHERMAINE GUZMAN, | Thomas Rice |
| in her individual and official capacities, | Gillian Fahlsing |
| DEPUTY AMANDA LINE, | Thomas Rice |
| in her individual and official capacities, | Gillian Fahlsing |
| DEPUTY JULIE KIRKBRIDE, | Cathy Greer |
| in her individual and official capacities, | |
| DEPUTY MICHELLE SALEMI, | Thomas Rice |
| in her individual and official capacities, | Gillian Fahlsing |
| DEPUTY JESSICA WANROW, | Thomas Rice |
| in her individual and official capacities, | Gillian Fahlsing |
| and | |
| JOHN AND JANE DOES 1 THROUGH 20, | |
| DENVER CITY AND COUNTY SHERIFFS DEPUTIES | |
| AND MEDICAL PERSONNEL, | |
| IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES, | |
| WENDY JO ANDERSON, | David Yun |
| R.N., in her official and individual capacities | |

Defendants.

---

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session: 10:04 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Law Enforcement defendants' joint motion for protective order to prohibit discovery regarding personal, confidential, and non relevant information filed March 13, 2008; Doc. 236 is taken under advisement as stated on the record.**

Court in Recess        11:17 a.m.     Hearing concluded.

Total time in court:    01:13

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.