IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01571-MSK-BNB

ESTATE OF EMILY RICE By SUSAN GARBER and ROY RICE as Co-Personal Representatives;
SUSAN GARBER, as parent and Co-Personal Representative of the Estate of Emily Rice; ROY RICE, as parent and Co-Personal Representative of the Estate of Emily Rice,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO;
CAPTAIN JACOB KOPYLOV, in his individual and official capacities;
CAPTAIN JOHN RIORDON, in his individual and official capacities;
SERGEANT LOREN COLLIER, in his individual and official capacities;
SERGEANT HANS RASTEDE, in his individual and official capacities;
SERGEANT RICHARD ROBERSON, in his individual and official capacities;
SERGEANT KAROLINA SICH, in her individual and official capacities;
SERGEANT ANTHONY SULLIVAN, in his individual and official capacities;
DEPUTY KERI ADCOCK, in her individual and official capacities;
DEPUTY JULIANA BARRON, in her individual and official capacities;
DEPUTY SARAH BRIGHT, in her individual and official capacities;
DEPUTY LAKISHA MINTER, in her individual and official capacities;
DEPUTY FAUN GOMEZ, in her individual and official capacities;
DEPUTY SHERMAINE GUZMAN, in her individual and official capacities;
DEPUTY AMANDA LINE, in her individual and official capacities;
DEPUTY JULIE KIRKBRIDE, in her individual and official capacities;
DEPUTY MICHELLE SALEMI, in her individual and official capacities;
DEPUTY JESSICA WANROW, in her individual and official capacities;
JOHN AND JANE DOES 1 THROUGH 20, DENVER CITY AND COUNTY SHERIFF'S DEPUTIES AND MEDICAL PERSONNEL, in their individual and official capacities.

    Defendants.

---

## ORDER RE: PLAINTIFFS' MOTION FOR DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST THE MEDICAL DEFENDANTS <u>ONLY</u> WITH PREJUDICE

---

    Comes now the Court, having reviewed the Plaintiffs' Motion for Dismissal of Plaintiffs'

Claims Against the Medical Defendants with Prejudice (Motion) **(#341)**, and being sufficiently

advised of the premises, hereby **GRANTS** the Plaintiffs' Motion. The Court hereby dismisses Plaintiffs' First Claim for Relief, Plaintiffs' Second Claim for Relief, Plaintiffs' Fourth Claim for Relief, Plaintiffs' Fifth Claim for Relief, Plaintiffs' Sixth Claim for Relief, Plaintiffs' Seventh Claim for Relief, Plaintiffs' Eighth Claim for Relief, and Plaintiffs' Ninth claim for Relief, as those claims were asserted or alleged against the Defendants Denver Health, Wendy Jo Anderson, R.N., Maria Bouziane, R.N., Lisa Cheng, M.D., Mary Cleary, R.N., Robert Kelly Costin, R.N., Jason Haukoos, M.D. and Nancye Zimmer, R.N. (hereafter "the Medical Defendants"). Each of those claims is hereby dismissed against the Medical Defendants with prejudice, each party to pay their own attorney's fees and costs. **Nothing herein shall in any way affect the Plaintiffs' claims against any other Defendants, which are not hereby dismissed**.

DATED this 9th day of June, 2008.

BY THE COURT:

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge