IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01571-MSK-BNB

ESTATE OF EMILY RICE, by SUSAN GARBER and ROY RICE as co-personal
representatives,
SUSAN GARBER, as parent and co-personal representative of the Estate of Emily Rice, and
ROY RICE, as parent and co-personal representative of the Estate of Emily Rice,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO,
CAPTAIN JACOB KOPYLOV, in his individual and official capacities,
CAPTAIN JOHN RIORDON, in his individual and official capacities,
SERGEANT LOREN COLLIER, in his individual and official capacities,
SERGEANT HANS RASTEDE, in his individual and official capacities,
SERGEANT RICHARD ROBERSON, in his individual and official capacities,
SERGEANT KAROLINA SICH, in her individual and official capacities,
SERGEANT ANTHONY SULLIVAN, in his individual and official capacities,
DEPUTY KERI ADCOCK, in her individual and official capacities,
DEPUTY JULIANA BARRON, in her individual and official capacities,
DEPUTY SARAH BRIGHT, in her individual and official capacities,
DEPUTY LAKISHA MINTER, in her individual and official capacities,
DEPUTY FAUN GOMEZ, in her individual and official capacities,
DEPUTY SHERMAINE GUZMAN, in her individual and official capacities,
DEPUTY AMANDA LINE, in her individual and official capacities,
DEPUTY JULIE KIRKBRIDE, in her individual and official capacities,
DEPUTY MICHELLE SALEMI, in her individual and official capacities,
DEPUTY JESSICA WANROW, in her individual and official capacities,
JOHN AND JANE DOES 1 THROUGH 20, DENVER CITY AND COUNTY SHERIFFS
DEPUTIES AND MEDICAL PERSONNEL, in their official and individual capacities,

Defendants.

---

**ORDER**

---

This matter is before me on the following:

(1)      **Plaintiffs' Limited Motion to Modify Scheduling Order With Respect to**

**Expert Witness Disclosure Deadlines <u>Only</u>** [Doc. # 366, filed 7/31/200] (the "Plaintiffs'

Motion to Extend Deadlines");

(2)      **Law Enforcement Defendants' Motion for Expedited Hearing or**

**Determination In Re: Plaintiffs' Limited Motion to Modify Scheduling Order With**

**Respect to Expert Witness Disclosure Deadline Only** [Doc. # 374, filed 8/15/2008] (the

"Defendants' Motion for Expedited Determination"); and

(3)      **Law Enforcement Defendants' Unopposed Motion for Extension of Time for**

**Defendants' Expert Witness Disclosure Deadline** [Doc. # 375, filed 8/15/2008] (the

"Defendants' Motion to Extend Deadlines").

I find that the extraordinary and extended discovery disputes which arose in this case

give rise to good cause sufficient to justify limited extensions of certain pretrial deadlines.

Consequently, I will modify the case schedule to the following extent:

> Discovery Cut-Off:                         **January 8, 2009**
>
> (All discovery must be completed by the discovery cut-off.  All
> written discovery must be served so that responses are due on or
> before the discovery cut-off.)
>
> Dispositive Motions Deadline:          **January 8, 2009**
>
> Expert Disclosures:
>
> (a)     The plaintiffs shall designate all experts and
>          provide opposing counsel with all information
>          specified in Fed. R. Civ. P. 26(a)(2) on or before
>          **September 15, 2008**
>
> (b)     The defendants shall designate all experts and
>          rebuttal experts and provide opposing counsel with
>          all information specified in Fed. R. Civ. P. 26(a)(2)

on or before **October 20, 2008**

     (c)     The plaintiffs shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **November 14, 2008**.

The Plaintiffs' Motion to Extend Deadlines is GRANTED IN PART and DENIED IN PART, consistent with the modified schedule.

The Defendants' Motion for Expedited Determination is GRANTED.

The Defendants' Motion to Extend Deadlines is GRANTED IN PART and DENIED IN PART, consistent with the modified schedule.

SO ORDERED.

Dated August 22, 2008.

                                           BY THE COURT:

                                           s/ Boyd N. Boland
                                           United States Magistrate Judge