IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01571-MSK-BNB

ESTATE OF EMILY RICE, By SUSAN GARBER and ROY RICE as Co-Personal Representatives,
SUSAN GARBER, as parent and Co-Personal Representative of the Estate of Emily Rice, and
ROY RICE, as parent and Co-Personal Representative of The Estate of Emily Rice,

       Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO,
CAPTAIN JACOB KOPYLOV, in his individual and official capacities,
CAPTAIN JOHN RIORDON, in his individual and official capacities,
SERGEANT LOREN COLLIER, in her individual and official capacities,
SERGEANT HANS RASTEDE, in his individual and official capacities,
SERGEANT RICHARD ROBERSON, in his individual and official capacities,
SERGEANT KAROLINA SICH, in her individual and official capacities,
SERGEANT ANTHONY SULLIVAN, in his individual and official capacities,
DEPUTY KERI ADCOCK, in her individual and official capacities,
DEPUTY JULIANA BARRON, in her individual and official capacities,
DEPUTY SARAH BRIGHT, in her individual and official capacities,
DEPUTY LAKISHA MINTER, in her individual and official capacities,
DEPUTY FAUN GOMEZ, in her individual and official capacities,
DEPUTY SHERMAINE GUZMAN, in her individual and official capacities,
DEPUTY AMANDA LINE, in her individual and official capacities,
DEPUTY JULIE KIRKBRIDE, in her individual and official capacities,
DEPUTY MICHELLE SALEMI, in her individual and official capacities,
DEPUTY JESSICA WANROW, in her individual and official capacities, and
JOHN AND JANE DOES 1 THROUGH 20, DENVER CITY AND COUNTY SHERIFF'S DEPUTIES AND MEDICAL PERSONNEL, in their official and individual capacities.

       Defendants.

## ORDER GRANTING STIPULATED MOTION TO AMEND CAPTION

       THIS MATTER comes before the Court on a Stipulated Motion to Amend Caption **(#372).**

**IT IS ORDERED** that the motion **(#372)** is **GRANTED**. The caption shall be amended to reflect Defendant Deputy Amanda Line's name change, as follows: "DEPUTY AMANDA STECKMAN, f/k/a DEPUTY AMANDA LINE, in her individual and official capacities".

Dated this 29th day of September, 2008

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge