IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01571-MSK-BNB

ESTATE OF EMILY RICE, By SUSAN GARBER and ROY RICE as Co-Personal
Representatives,
SUSAN GARBER, as parent and Co-Personal Representative of the Estate of Emily Rice,
ROY RICE, as parent and Co-Personal Representative of the Estate of Emily Rice,

        Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO,
CAPTAIN JACOB KOPYLOV, in his individual and official capacities,
CAPTAIN JOHN RIORDON, in his individual and official capacities,
SERGEANT LOREN COLLIER, in his individual and official capacities,
SERGEANT HANS RASTEDE, in his individual and official capacities,
SERGEANT RICHARD ROBERSON, in his individual and official capacities,
SERGEANT KAROLINA SICH, in her individual and official capacities,
SERGEANT ANTHONY SULLIVAN, in his individual and official capacities,
DEPUTY KERI ADCOCK, in her individual and official capacities,
DEPUTY JULIANA BARRON, in her individual and official capacities,
DEPUTY SARAH BRIGHT, in her individual and official capacities,
DEPUTY LAKISHA MINTER, in her individual and official capacities,
DEPUTY FAUN GOMEZ, in her individual and official capacities,
DEPUTY SHERMAINE GUZMAN, in her individual and official capacities,
DEPUTY AMANDA STECKMAN, in her individual and official capacities,
DEPUTY JULIE KIRKBRIDE, in her individual and official capacities,
DEPUTY MICHELLE SALEMI, in her individual and official capacities,
DEPUTY JESSICA WANROW, in her individual and official capacities, and
JOHN AND JANE DOES 1 THROUGH 20, DENVER CITY AND COUNTY SHERIFF'S
DEPUTIES AND MEDICAL PERSONNEL, in their official and individual capacities,

        Defendants.

---

## ORDER GRANTING MOTION FOR DISMISSAL

---

        THIS MATTER comes before the Court on Motion for Dismissal (Motion) **(#396)** filed

December 17, 2008. Having reviewed the Motion,

IT IS ORDERED that the Motion is GRANTED. The Court hereby dismisses Plaintiffs' Amended Complaint, as well as all claims related thereto, whether pled or unpled, and all defenses to said claims, whether pled or unpled, with prejudice, each party to pay his, her or its own attorney fees and costs. The Clerk shall close this case.

DATED this 17th day of December, 2008.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge